UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23617-JAL

MARCIA ENNIS,

    Plaintiff,

v.

GUARD FORCE INTERNATIONAL, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING**
**VERIFIED RETURN OF SERVICE ON DEFENDANT**

Plaintiff gives notice of filing the attached Verified Return of Service on Defendant.

Dated: November 16, 2022    Respectfully submitted,

By: */s/Brian L. Lerner*
Brian L. Lerner (Fla. Bar No. 177202)
blerner@kvllaw.com
Kim Vaughan Lerner LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, Florida 33316
Telephone:    (954) 527-1115
Facsimile:(954) 527-1116
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By: */s/Brian L. Lerner*

## SERVICE LIST

Brian L. Lerner
blerner@kvllaw.com
Kim Vaughan Lerner LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, Florida 33316
Telephone:   (954) 527-1115
Facsimile:     (954) 527-1116
Attorneys for Plaintiff

Via Transmission of Notices of
Electronic Filing Generated by CM/ECF

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:22-CV-23617-JAL

Plaintiff:
**MARCIA ENNIS**

vs.

Defendant:
**GUARD FORCE INTERNATIONAL, INC.**

For:
BRIAN LERNER
KIM VAUGHAN LERNER LLP
312 SE 17TH STREET
SUITE 300
FORT LAUDERDALE, FL 33316

Received by LEONARD J. GARTMAN on the 14th day of November, 2022 at 9:36 am to be served on **GUARD FORCE INTERNATIONAL, INC C/O Kelvin L. Edwards, as registered agent, 215 SE 3RD AVENUE,, APT. 302C, HALLANDALE BEACH, FL 33009**.

I, LEONARD J. GARTMAN, being duly sworn, depose and say that on the **14th day of November, 2022** at **1:59 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, and Complaint** with the date and hour of service endorsed thereon by me, to: **KELVIN L. EDWARDS** as **REGISTERED AGENT** for **GUARD FORCE INTERNATIONAL, INC**, at the address of: **215 SE 3RD AVENUE,, APT. 302C, HALLANDALE BEACH, FL 33009**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 57, Sex: M, Race/Skin Color: Black, Height: 6'2", Weight: 250, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

LEONARD J. GARTMAN
SPS #1365

Subscribed and Sworn to before me by means of [x] physical presence or [ ] online notarization this the _15_ day of _NOVEMBER 2022_ by the affiant who is personally known to me.

NOTARY PUBLIC
LYNN REICH
Commission # HH 269879
Expires September 4, 2026

ORANGE LEGAL, A VERITEXT COMPANY
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: CIZ-2022019720
Ref: 5583422

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DATE: 11-14-2022
TIME: 1:59pm
SERVER: LTG
ID# 1365

MARCIA ENNIS )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:22-cv-23617-JAL
)
GUARD FORCE INTERNATIONAL, INC. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Guard Force International, Inc.
c/o Kelvin L. Edwards (as registered agent)
3741 NW 202 Street
Miami Gardens, Florida 33055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian L. Lerner, Esq.
blerner@kvllaw.com
Kim Vaughan Lerner LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, Florida 33316
Telephone: (954) 527-1115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Nov 4, 2022

Angela E. Noble
Clerk of Court

s/ M. Brown
Deputy Clerk
U.S. District Courts