UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23617-JAL

MARCIA ENNIS,

    Plaintiff,

v.

GUARD FORCE INTERNATIONAL, INC.,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO THE
COURT'S PAPERLESS ORDER TO SHOW CAUSE**

Pursuant to the Court's Paperless Order to Show Cause (ECF 5), Plaintiff Marcia Ennis files this response. In support of this response, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Plaintiff effectuated service of process on November 14, 2022. *See* ECF 4. Within one day of receiving the Verified Return of Service, Plaintiff's counsel filed the Verified Return of Service with the Court. *See id.* Based on the date of service of process, Defendant had until December 5, 2022, to serve a response to the Complaint, whether by motion or answer.

On November 29, 2022, Alyssa Castelli of the law firm Spire Law contacted the undersigned indicating that her firm had been retained to represent Defendant in this action. *See* Exhibit 1. Ms. Castelli requested an extension of time for Defendant to respond to the Complaint through December 28, 2022. *See id.* The

2

undersigned declined the request, but did indicate Plaintiff would not oppose an extension through December 16, 2022.  *See id.*  Ms. Castelli accepted that extension.  *See id.*

Based on these communications, Plaintiff anticipated that Defendant would file the required motion for extension of time with the Court.  It was for that reason that Plaintiff did not file a motion for default this morning when the deadline to respond to the Complaint had expired.  Nevertheless, having received the Paperless Order to Show Cause, the undersigned did provide a copy to Ms. Castelli and did indicate that her law firm file a motion for extension of time.  If a motion is not filed or should this Court deny the extension and a response not filed, Plaintiff is prepared to file a motion for entry of default.  But Plaintiff has held off doing so given Plaintiff did indicate it would not oppose an extension of time through December 16, 2022.

Dated:  December 6, 2022     Respectfully submitted,

By: */s/Brian L. Lerner*
Brian L. Lerner (Fla. Bar No. 177202)
blerner@kvllaw.com
Kim Vaughan Lerner LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, Florida 33316
Telephone:       (954) 527-1115
Facsimile:(954) 527-1116
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By: */s/Brian L. Lerner*

## SERVICE LIST

| | |
|---|---|
| Brian L. Lerner | Alyssa Castelli |
| blerner@kvllaw.com | alyssa@spirelawfirm.com |
| Kim Vaughan Lerner LLP | Spire Law |
| 312 SE 17th Street, Suite 300 | 2572 W State Rd 426 |
| Fort Lauderdale, Florida 33316 | Suite 2088 |
| Telephone:   (954) 527-1115 | Oviedo, Florida 32765 |
| Facsimile:   (954) 527-1116 | Telephone:   (407) 494-0135 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| Via Transmission of Notices of Electronic Filing Generated by CM/ECF | Via E-mail |