# EXHIBIT 1

**Brian Lerner**

**From:** Alyssa Castelli <alyssa@spirelawfirm.com>
**Sent:** Wednesday, November 30, 2022 2:52 PM
**To:** Brian Lerner
**Cc:** Jesse Unruh; Marcela Poole
**Subject:** RE: Spire Law | Marcia Ennis v. Guard Force International, Inc. | Case No. 1:22-cv-23617

Brian,

We're agreeable to an extension of our deadline to respond to the Complaint, up to and including December 16, 2022.

Kind regards,
Alyssa

Alyssa Castelli, Esq. | Associate



SPIRE LAW
alyssa@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Office in Orlando

From: Brian Lerner <blerner@kvllaw.com>
Sent: Tuesday, November 29, 2022 3:58 PM
To: Alyssa Castelli <alyssa@spirelawfirm.com>
Cc: Jesse Unruh <jesse@spirelawfirm.com>; Marcela Poole <marcela@spirelawfirm.com>
Subject: EXT: RE: Spire Law | Marcia Ennis v. Guard Force International, Inc. | Case No. 1:22-cv-23617

*** CAUTION: External sender. Use caution when clicking links or opening attachments. ***
Hi Alyssa,

I do have to object to such a lengthy extension. I however do not object to an extension through December 16.



I look forward to working with you.

Brian

1

Brian L. Lerner
**Florida Bar Board Certified Specialist**
   **Labor and Employment Law**
Kim Vaughan Lerner LLP
312 SE 17th Street • Suite 300
Fort Lauderdale, Florida 33316
Phone 954.527.1115 • Fax 954.527.1116
blerner@kvllaw.com



*A certified Minority Business Enterprise



The information contained in this communication may be confidential and legally privileged. If the reader of this message is not the intended recipient named above, you are hereby notified that any dissemination, distribution, or copying of any of the contents of this communication is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

**From:** Alyssa Castelli <alyssa@spirelawfirm.com>
**Sent:** Tuesday, November 29, 2022 3:43 PM
**To:** Brian Lerner <blerner@kvllaw.com>
**Cc:** Jesse Unruh <jesse@spirelawfirm.com>; Marcela Poole <marcela@spirelawfirm.com>
**Subject:** Spire Law | Marcia Ennis v. Guard Force International, Inc. | Case No. 1:22-cv-23617

Hi Brian,

Our firm was just recently retained by Guard Force International in the above-referenced matter. I see that our deadline to respond to the Complaint is quickly approaching and is currently due on Monday, December 5, 2022.

We're reviewing the documents and working to get up to speed on the issues and the possibility of early resolution. To that end, would you be opposed to an extension of our deadline to respond to the Complaint, up to and including **Wednesday, December 28, 2022**?

██████████████████████████████████████████████ I look forward to hearing from you.

Sincerely,
Alyssa

Alyssa Castelli, Esq. | Associate



**SPIRE LAW**
alyssa@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Office in Orlando

2