UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23617-CV-LENARD/LOUIS

MARCIA ENNIS,

      Plaintiff,

v.

GUARD FORCE INTERNATIONAL, INC.,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF SERVICE OF PRELIMINARY WITNESS LIST**

      Plaintiff Marcia Ennis gives notice that it has complied with the Court's Order Adopting Joint Scheduling Report, Setting Pretrial Conference and Trial, Establishing Pretrial Deadlines, and Establishing Pretrial and Trial Procedures (ECF No. 18), by serving today its preliminary written list containing the names and addresses of fact witnesses intended to be called at trial.

Dated:  April 19, 2023

                                Respectfully submitted,

                                By: */s/Brian L. Lerner*
                                    Brian L. Lerner (Fla. Bar No. 177202)
                                    blerner@kvllaw.com
                                    Kim Vaughan Lerner LLP
                                    312 SE 17th Street, Suite 300
                                    Fort Lauderdale, Florida 33316
                                    Telephone:  (954) 527-1115
                                    Facsimile:  (954) 527-1116
                                    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By: */s/Brian L. Lerner*

## **SERVICE LIST**

| | |
|---|---|
| Brian L. Lerner | Alyssa Castelli |
| blerner@kvllaw.com | alyssa@spirelawfirm.com |
| Kim Vaughan Lerner LLP | Spire Law |
| 312 SE 17th Street, Suite 300 | 2572 W State Rd 426 |
| Fort Lauderdale, Florida 33316 | Suite 2088 |
| Telephone:  (954) 527-1115 | Oviedo, Florida 32765 |
| Facsimile:   (954) 527-1116 | Telephone:  (407) 494-0135 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| Via Transmission of Notices of Electronic Filing Generated by CM/ECF | Via Transmission of Notices of Electronic Filing Generated by CM/ECF |